UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROSALES,<br><br>             Plaintiff,<br><br>             vs.<br><br>CITY OF CHICO; DAVID BAILEY; AND DOES 1 THROUGH 10 (in their official and/or capacities),<br><br>             Defendants. | Case NO.: 2:14-CV-02152-WBS-CMK<br><br>ORDER TO REOPEN THE DEPOSITION OF DEFENDANT DAVID BAILEY |

Good cause having been shown, the Court hereby issues the following order:

    1.  Plaintiff shall be allowed to reopen the deposition of Defendant David Bailey that took place on April 1, 2015 to examine him regarding the material changes he made to his deposition at page 59 at lines 14, 16, and 19.

    2.  The scope of the examination shall be limited to the reasons for the changes, the facts and circumstances surrounding the changes and including the reasons for his use of force as

1

described on page 59 at lines 14, 16 and 19 of the April 1, 2015 deposition transcript.

IT IS SO ORDERED:

Dated:   June 26, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE