Roger A. Colvin, Esq. (SBN 068773)
Vincent C. Ewing, Esq. (SBN 177708)
Alvarez-Glasman & Colvin
Attorneys at Law
13181 Crossroads Parkway North
Suite 400 – West Tower
City of Industry, CA  91746
Telephone: (562) 699-5500
Facsimile:  (562) 692-2244
rcolvin@agclawfirm.com

Attorneys for Defendants
City of Chico and David Bailey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROSALES, | Case Number: 2:14-CV-02152-WBS (CMK) |
| Plaintiff, | (*Assigned to the Honorable District Court Judge William B. Shubb*) |
| v. | JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION; ORDER |
| CITY OF CHICO; DAVID BAILEY; and DOES 1-10, (in their official and individual capacities), | |
| Defendants. | |

**NOTICE OF SETTLEMENT**

Pursuant to Eastern District Local Rule(s) 160, 272, Plaintiff JOSEPH ROSALES and Defendants CITY OF CHICO and DAVID BAILEY, (hereafter the Parties) by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter.  The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until Defendants can fully perform their duties as required under the settlement agreement.  It is estimated that Defendants will fully perform their duties on or before March 8, 2016.  Upon Defendants' completion of their duties (as mandated under the settlement agreement) and within two weeks

1

after said completion, the Parties shall file a Stipulation of dismissal of all claims with prejudice signed by counsel for all Parties.

Respectfully submitted,

Dated: January 8, 2016        YORK & GARVEY

/s/ Darrell J. York, Esquire
Darrell J. York
Attorneys for Plaintiff

Dated: January 8, 2016        ALVAREZ-GLASMAN & COLVIN
VINCENT C. EWING
CITY ATTORNEY

/s/ Roger A. Colvin, Esquire
Roger A. Colvin
Attorneys for Defendants

## ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter for sixty days time to allow for Defendants to fulfill their duties under the settlement agreement.  The parties shall file their disposition documents no later than 3/8/2016, or a Joint Status Report by that date if settlement has not been finalized.  A Status Conference is set in this action on 3/14/2016 at 02:00 PM in Courtroom 5 (WBS) before Senior Judge William B. Shubb, and shall be automatically vacated upon the submission of a stipulated dismissal by the parties.  The Trial date of 1/26/2016 is vacated.

**IT IS SO ORDERED.**
Dated: January 11, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2