Roger A. Colvin, Esq. (SBN 068773)
Vincent C. Ewing, Esq. (SBN 177708)
Alvarez-Glasman & Colvin
Attorneys at Law
13181 Crossroads Parkway North
Suite 400 – West Tower
City of Industry, CA  91746
Telephone: (562) 699-5500
Facsimile:  (562) 692-2244
rcolvin@agclawfirm.com

Attorneys for Defendants
City of Chico and David Bailey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROSALES, | Case Number: 2:14-CV-02152-WBS (CMK) |
| Plaintiff, | (*Assigned to the Honorable District Court Judge William B. Shubb*) |
| v. | **ORDER FOR DISMISSAL** |
| CITY OF CHICO; DAVID BAILEY; and DOES 1-10, (in their official and individual capacities), | |
| Defendants. | |

    Pursuant to the Stipulation of the parties, the entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 8, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1